IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER D. SMITH,

    Petitioner,

  v.

                                                    Case No.  20-cv-1038-jdp

MICHAEL MESINER,

    Respondent.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Christopher D. Smith's petition for writ of habeas corpus.

| /s/ | 12/8/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |